VANDENBERG, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Albert H. Krugmeier* of Appleton.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Employers Mutual Liability Insurance Company and Outagamie county: *Quarles, Spence & Quarles,* attorneys, and *E. H. Borgelt* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

ZIMMERMANN, Trustee, and another, Respondents, vs. WALGREEN COMPANY, Appellant.

For the appellant: *Quarles, Spence & Quarles,* attorneys, and *J. V. Quarles* and *Arthur Wickham* of counsel, all of Milwaukee.

For the respondents: *Karon & Weinberg* of Milwaukee.

*By the Court.*—Judgment affirmed.